ANDREA E. BATES, ESQ. SBN 192491
Abates@Bates-Bates.com
KURT W. SCHUETTINGER, ESQ. SBN 295879
Kschuettinger@Bates-Bates.com
BATES & BATES, LLC
1890 Marietta Blvd
Atlanta, Georgia 30318
Phone (404) 228-7439
Fax     (404) 963-6231

DEBORAH A. ADLER, ESQ.  SBN 209525
Deborahadler@dwt.com
DAVID WRIGHT TREMAINE, LLP
505 Montgomery St., Suite 800
San Francisco, California 94111
Phone (415) 276-6565
Fax (415) 276-6599

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>BILLY ROWE, a California citizen, doing business as Rock N' Roll Relics and DOES 1 through 10,<br><br>            Defendants. | Case No. 5:15-cv-00783 SI<br><br>**JOINT STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Susan Illston<br>Date: June 19, 2015<br>Time: 2:30 pm<br>Courtroom: 10 |

IT IS HEREBY STIPULATED by and between undersigned counsel for Plaintiff Gibson Brands, Inc. ("Plaintiff") and Defendant Billy Rowe d/b/a Rock n'

Roll Relics ("Defendant"), under L.R. 6-2 and 7-12, subject to the Court's approval, that the parties agree to move the Case Management Conference currently scheduled for June 19, 2015, to July 17, 2015.

The parties believe there is good cause to extend the Case Management Conference, as the parties are in good faith settlement discussions. The parties have exchanged documents in the hopes of reaching an amicable resolution in this matter. In the interest of judicial economy, the parties request additional time to conduct settlement discussions with the hope that this matter can be resolved prior to the Case Management Conference.

Dated: June 15, 2015.         /s/ Andrea Bates
                              ANDREA E. BATES
                              California Bar No. 192491
                              KURT W. SCHUETTINGER
                              California Bar No. 295879
                              1890 Marietta Boulevard
                              Atlanta, Georgia 30318
                              (404) 228-7439
                              Attorneys for PLAINTIFF
                              GIBSON BRANDS, INC.

Dated: June 15, 2015.         /s/ Deborah Adler
                              DEBORAH A. ADLER
                              California Bar No. 209525
                              505 Montgomery St., Suite 800
                              San Francisco, California 94111
                              (415) 276-6565
                              Attorney for DEFENDANT
                              BILLY ROWE d/b/a ROCK N'
                              ROLL RELICS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Joint Stipulated Request to Continue Case Management Conference was furnished through the Court's CM/ECF System, Addressed to:

Deborah A. Alder
Davis Wright Tremaine, LLP
505 Montgomery St., Suite 800
San Francisco, CA 94111
415-276-6565
deborahandler@dwt.com

Brent M. Davis
Bienstock and Michael LLC
Continental Plaza
411 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601
201-525-0300
bdavis@musicesq.com

Respectfully submitted, this 15th day of June 2015.

BATES & BATES, LLC

  /s/ Andrea E. Bates
ANDREA E. BATES

ANDREA E. BATES, ESQ. SBN 192491
Abates@Bates-Bates.com
KURT W. SCHUETTINGER, ESQ. SBN 295879
Kschuettinger@Bates-Bates.com
BATES & BATES, LLC
1890 Marietta Blvd
Atlanta, Georgia 30318
Phone (404) 228-7439
Fax    (404) 963-6231

DEBORAH A. ADLER, ESQ.  SBN 209525
Deborahadler@dwt.com
DAVID WRIGHT TREMAINE, LLP
505 Montgomery St., Suite 800
San Francisco, California 94111
Phone (415) 276-6565
Fax (415) 276-6599

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>BILLY ROWE, a California citizen, doing business as Rock N' Roll Relics and DOES 1 through 10,<br><br>            Defendants. | Case No. 5:15-cv-00783 SI<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Susan Illston<br>Date: June 19, 2015<br>Time: 2:30 pm<br>Courtroom: 10 |

---

[PROPOSED] ORDER

1

# [~~PROPOSED~~] ORDER

Before the Court is the Stipulation to Continue the Case Management Conference from June 19, 2015 to July 17, 2015. It is hereby ORDERED that the Case Management Conference is extended to July 17, 2015.

Dated: June 16, 2015



IT IS SO ORDERED

Judge Vince Chhabria

---

[PROPOSED] ORDER
1