ANDREA E. BATES, ESQ.
SBN 192491
Abates@Bates-Bates.com
KURT W. SCHUETTINGER, ESQ.
SBN 295879
Kschuettinger@Bates-Bates.com
BATES & BATES, LLC
1890 Marietta Blvd
Atlanta, Georgia 30318
Phone (404) 228-7439
Fax     (404) 963-6231

DEBORAH A. ADLER, ESQ.
SBN 209525
Deborahadler@dwt.com
DAVID WRIGHT TREMAINE, LLP
505 Montgomery St.
Suite 800
San Francisco, California 94111
Phone (415) 276-6565
Fax (415) 276-6599

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BILLY ROWE, a California citizen, doing business as Rock N' Roll Relics and DOES 1 through 10,<br><br>Defendants. | Case No. 5:15-cv-00783 SI<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Susan Illston<br>Date: July 17, 2015<br>Time: 2:30 pm<br>Courtroom: 10 |

## [~~PROPOSED~~] ORDER

Before the Court is the Stipulation to Continue the Case Management Conference from July 17, 2015 to July 31, 2015.  It is hereby ORDERED that the Case Management Conference is extended to July 31, 2015.

Dated_____ 7/14/15 _____

_____
Honorable Susan Illston

---
[PROPOSED] ORDER
1