ANDREA E. BATES (SBN 192491)
Abates@Bates-Bates.com
KURT W. SCHUETTINGER (SBN 295879)
Kschuettinger@Bates-Bates.com
BATES & BATES, LLC
1890 Marietta Blvd.
Atlanta, Georgia 30318
Phone (404) 228-7439
Fax    (404) 963-6231

DEBORAH A. ADLER (SBN 209525)
Deborahadler@dwt.com
DAVID WRIGHT TREMAINE, LLP
505 Montgomery St., Suite 800
San Francisco, California 94111
Phone (415) 276-6565
Fax (415) 276-6599

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BILLY ROWE, a California citizen, doing business as Rock N' Roll Relics and DOES 1 through 10,<br><br>    Defendants. | Case No. 5:15-cv-00783 SI<br><br>**JOINT STIPULATED REQUEST AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Susan Illston<br>Date: July 31, 2015<br>Time: 2:30 pm<br>Courtroom: 10 |

  IT IS HEREBY STIPULATED by and between undersigned counsel for Plaintiff Gibson Brands, Inc. ("Plaintiff") and Defendant Billy Rowe d/b/a Rock n' Roll Relics ("Defendant"), under L.R. 6-2 and 7-12, subject to the Court's approval, that the parties agree to move the Case Management Conference currently scheduled for July 31, 2015, to August 14, 2015.

  The parties have previously requested two continuance of the Case Management Conference, when the parties were finalizing the terms of a settlement. The parties believe there is good cause to

---

extend the Case Management Conference for a third time, as the parties have reached a signed settlement in this case and wherein it has not been confirmed that one party has completely fulfilled all terms of the settlement agreement.  In the interest of judicial economy, the parties request additional time to perform their obligations under the settlement agreement with the hope that this matter can be resolved prior to the Case Management Conference.

Dated: July 30, 2015.   /s/ Andrea Bates
    ANDREA E. BATES
    California Bar No. 192491
    KURT W. SCHUETTINGER
    California Bar No. 295879
    1890 Marietta Boulevard
    Atlanta, Georgia 30318
    (404) 228-7439
    Attorneys for PLAINTIFF
    GIBSON BRANDS, INC.

Dated: July 30, 2015.   /s/ Deborah Adler
    DEBORAH A. ADLER
    California Bar No. 209525
    505 Montgomery St., Suite 800
    San Francisco, California 94111
    (415) 276-6565
    Attorney for DEFENDANT
    BILLY ROWE d/b/a ROCK N'
    ROLL RELICS

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Joint Stipulated Request to Continue Case Management Conference was furnished through the Court's CM/ECF System, Addressed to:

Deborah A. Alder
Davis Wright Tremaine, LLP
505 Montgomery St., Suite 800
San Francisco, CA 94111
415-276-6565
deborahandler@dwt.com


Brent M. Davis
Bienstock and Michael LLC
Continental Plaza
411 Hackensack Avenue, 7th Floor
Hackensack, NJ 07601
201-525-0300
bdavis@musicesq.com


Respectfully submitted, this 30th day of July 2015.

                                              BATES & BATES, LLC

                                              /s/ Andrea E. Bates
                                              ANDREA E. BATES

1  ANDREA E. BATES (SBN 192491)
   Abates@Bates-Bates.com
2  KURT W. SCHUETTINGER (SBN 295879)
3  Kschuettinger@Bates-Bates.com
   BATES & BATES, LLC
4  1890 Marietta Blvd.
   Atlanta, Georgia 30318
5  Phone   (404) 228-7439
6  Fax     (404) 963-6231

7  DEBORAH A. ADLER (SBN 209525)
   Deborahadler@dwt.com
8  DAVID WRIGHT TREMAINE, LLP
9  505 Montgomery St., Suite 800
   San Francisco, California 94111
10 Phone (415) 276-6565
11 Fax (415) 276-6599

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BILLY ROWE, a California citizen, doing business as Rock N' Roll Relics and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 5:15-cv-00783 SI<br><br>**[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Susan Illston<br>Date: July 31, 2015<br>Time: 2:30 pm<br>Courtroom: 10 |

　　Before the Court is the Stipulation to Continue the Case Management Conference from July 31, 2015 to August 14, 2015. It is hereby ORDERED that the Case Management Conference is extended to August 14, 2015.

Dated_____7/30/15_____

　　　　　　　　　　　　　　　　　　　/s/ Susan Illston
　　　　　　　　　　　　　　　　　　　Honorable Susan Illston

[PROPOSED] ORDER
1