ANDREA E. BATES, ESQ.
SBN 192491
Abates@Bates-Bates.com
KURT W. SCHUETTINGER, ESQ.
SBN 295879
Kschuettinger@Bates-Bates.com
BATES & BATES, LLC
1890 Marietta Blvd
Atlanta, Georgia 30318
Phone (404) 228-7439
Fax    (404) 963-6231

Attorneys for
Plaintiff GIBSON BRANDS, INC.

DEBORAH A. ADLER, ESQ.
SBN 209525
Deborahadler@dwt.com
DAVIS WRIGHT TREMAINE, LLP
505 Montgomery St.,
Suite 800
San Francisco, California 94111
Phone (415) 276-6565
Fax    (415) 276-6599

Attorneys for
Defendant BILLY ROWE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BILLY ROWE, a California citizen, doing business as Rock N' Roll Relics and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 5:15-cv-00783 SI<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

　　　Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Gibson Brands, Inc. and Defendant Billy Rowe doing business as Rock N' Roll Relics hereby stipulate to the dismissal, without prejudice, of all claims and counterclaims herein.  Each party shall bear its costs and attorney's fees in connection with this action.

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE 1

1  Dated August 12, 2015.                DAVIS WRIGHT TREMAINE, LLP

                                          /s/ Deborah Adler
                                         DEBORAH A. ADLER
                                         505 Montgomery St., Suite 800
                                         San Francisco, CA 94111
                                         (415) 276-6565

                                         Attorney for Defendant BILLY ROWE


9  Dated August 12, 2015.                BATES & BATES, LLC

                                          /s/ Andrea Bates
                                         ANDREA E. BATES
                                         1890 Marietta Boulevard
                                         Atlanta, GA 30318
                                         (404) 228-7439

                                         Attorney for Plaintiff GIBSON BRANDS, INC.

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE 2

## ATTESTATION

I, Deborah A. Adler, an ECF User whose ID and password are being used to file this **STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)**, in compliance with Civil L.R. 5-1(i)(3), hereby attest that counsel for Plaintiff Gibson Brands, Inc. has concurred with this filing.

Dated:  August 12, 2015.          By:     /s/  Deborah Adler
                                          Deborah A. Adler

Davis Wright Tremaine LLP
Attorneys for Defendant
BILLY ROWE

---

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE 3

| | |
|---|---|
| ANDREA E. BATES, ESQ.<br>SBN 192491<br>Abates@Bates-Bates.com<br>KURT W. SCHUETTINGER, ESQ.<br>SBN 295879<br>Kschuettinger@Bates-Bates.com<br>BATES & BATES, LLC<br>1890 Marietta Blvd<br>Atlanta, Georgia 30318<br>Phone (404) 228-7439<br>Fax     (404) 963-6231<br><br>Attorneys for<br>Plaintiff GIBSON BRANDS, INC. | DEBORAH A. ADLER, ESQ.<br>SBN 209525<br>Deborahadler@dwt.com<br>DAVIS WRIGHT TREMAINE, LLP<br>505 Montgomery St.,<br>Suite 800<br>San Francisco, California 94111<br>Phone (415) 276-6565<br>Fax     (415) 276-6599<br><br>Attorneys for<br>Defendant BILLY ROWE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BILLY ROWE, a California citizen, doing business as Rock N' Roll Relics and DOES 1 through 10,<br><br>　　　　　　　Defendants. | Case No. 5:15-cv-00783 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

Before the Court is the Stipulation of Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a). It is hereby ORDERED that the Stipulation of Dismissal WITHOUT PREJUDICE is hereby GRANTED, without costs or fees to either party.

Dated___8/12/15_____              _____[signature: Susan Illston]_____

　　　　　　　　　　　　　　　　　　　　　Honorable Susan Illston

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE  4